IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

NORMAN E CAISON,

    Plaintiff,

v.          CASE NO. 1:09-cv-00105-MP-AK

MELTON HICKS, et al,

    Defendants.

_____/

# **O R D E R**

This matter is before the Court on Doc. 22, Report and Recommendation regarding the Motion to Transfer Case to United States District Court, Jacksonville Florida, Doc. 20, filed by Norman E Caison. Defendants are corrections officers at Union Correctional Institution. Because Union C.I. is located in the Middle District of Florida, as are the Defendants, the proper forum for this action pursuant to 28 U.S.C.A. § 1391(b) and 28 U.S.C.A. § 89(b) is in the United States District Court for the Middle District of Florida, Jacksonville Division. The Magistrate Judge recommended that Plaintiff's Motion to Transfer, Doc. 20, be granted, and neither party filed any objections. The Magistrate's analysis of the relevant issues is correct. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge, Doc. 22, is adopted and incorporated herein.

    2.    Plaintiff's Motion to Transfer Case to United States District Court, Middle District of Florida, Jacksonville Division, Doc. 20, is GRANTED.

**DONE AND ORDERED** this <u>  28th</u> day of August, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge