**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

JAcksoNVILLE Division



PROVIDED TO
CROSS CITY C.I. ON
NOV ?) 2010
FOR MAILING

**CIVIL RIGHTS COMPLAINT FORM**

NoRmAN E. CAIsoN, 471680

PLAINTIFF

CASE NUMBER: 3:09-CV-893-J-32 JRk
(To be supplied by Clerk's Office)

AMENDED COMPLAINT # 2

(Enter full name of each Plaintiff and prison
number, if applicable)

v.

WARDEN MELTON HIckS,    SGT. JoNES

ASST. WARDEN RoBINsoN    SGT. WATTS

LT. JosepH ALLEN      SGT. WHEELER

LT. TINA MoRGAN     Co. JAmes TYsoN

(Enter full name of each Defendant. If
additional space is required, use the blank
area directly to the right).

FILED
2010 NOV 12 D 2: 15

**ANSWER ALL OF THE FOLLOWING QUESTIONS:**

I.    PLACE OF PRESENT CONFINEMENT: CRoss CITY C.I. 568 N.E. 255 th STREET
(Indicate the name and location)

CRoss CITy, FLoRIDA 32628-1500

II.    DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN
THE FLORIDA DEPARTMENT OF CORRECTIONS? Yes (✓) No ( )

[If your answer is YES, after reviewing the exhaustion requirements, answer the following
questions]

EXHAUSTION OF ADMINISTRATIVE REMEDIES: Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility.  Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form.  If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES:

General Grievance

1.   Informal Grievance (Form DC3-005)
2.   Formal Grievance (Form DC1-303)
3.   Appeal to the Office of Secretary (Form DC1-303)

Other Grievance

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22.  The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

Questions:

A.   Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22 (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

1.   Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes (✓) No ( )

2.   If so, you must attach a copy of the grievance and response to this Complaint form.

3.   Were you denied emergency status? Yes (✓) No ( )

a.   If so, did you go through the informal grievance, formal grievance and appeal process? Yes (✓) No ( )

b.   If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B.   Informal Grievance (Request for Interview)

DC 225 (Rev. 9/03)                            2

    1.   Did you submit an informal grievance (Form DC3-005)? Yes ( )No ( )

    2.   If so, you must attach a copy of the grievance and response to this Complaint form.

C.    <u>Formal Grievance</u> (Request for Administrative Remedy or Appeal)

    1.   Did you have a disciplinary hearing concerning this matter? Yes ( ) No ( )

    2.   If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form.

    3.   Did you submit a formal grievance (Form DC1-303)? Yes ( ) No ( )

    4.   If so, you must attach a copy of the grievance and response to this Complaint form.

D.    <u>Appeal to the Office of the Secretary</u> (Request for Administrative Remedy or Appeal)

    1.   Did you submit an appeal to the Office of the Secretary (Form DC1-303)? Yes ( ) No ( )

    2.   If so, you must attach a copy of the appeal and response to this Complaint form.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this ___10th___ day of ___NovEmBER_____, 2 0 10 .

Norman E. Carson    471680
Signature of Plaintiff

III.   **DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY?** Yes ( ) No ( ✓)

If your answer is YES, answer the following questions.

A.  Is there a grievance procedure at your institution or jail? Yes ( ) No ( )

B.  Did you present the facts relating to your Complaint in the grievance procedure? Yes ( ) No ( )

C.  If your answer is YES:

1.  What steps did you take? ____ N/A _____

2.  What were the results? ____ N/A _____

3.  To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses.

D.  If your answer is NO, explain why not: HAPPEN AT UNION CORRECTIONAL INSTITUTION 7819 N.W. 228th STREET RAIFORD, FLORIDA 32026-4160

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this 10th day of November, 2 010.

Norman F. Carion     471680
Signature of Plaintiff

DC 225 (Rev. 9/03)                    4

IV.   **PREVIOUS LAWSUITS:**

A.   Have you initiated other lawsuits in <u>state court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ✓ ) No ( )

B.   Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ✓ ) No ( )

C.   If your answer to either A or B is YES, describe each lawsuit in the space provided below.  If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

   1.   Parties to previous lawsuit:

      Plaintiff(s): _NORMAN E. CAISON_

      Defendant(s): _WALTER MCNEIL S. D.O.C._

   2.   Court (if federal court, name the district; if state court, name the county): _U.S.D.C. SOUTHERN DISTRICT MIAMI, FLORIDA_

   3.   Docket Number: _1:10-CV-20551_

   4.   Name of judge: _PATRICK WHITE & COOKE_

   5.   Briefly describe the facts and basis of the lawsuit: _FEDERAL HABES CORPUS ON INCARCERATION FROM 18-15-93, MIAMI, FLORIDA_

   6.   Disposition (Was the case dismissed?  Was it appealed?  Is it still pending?): _WAS APPEALED TO 11th CIRCUIT ATLANTA GA_

   7.   Approximate filing date: _9-10-10_

   8.   Approximate disposition date: _UNKNOWN_

D.   Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted?  If so, identify theses suits below by providing the case number, the style, and the disposition of each case:

| 3:96-CV-460-LC | 8:02-CV-1270-T-24-EAJ |
| 3:96-CV-407-LC | 02-22592-CV-MORENO |
| 3:98-CV-55-RV-MD | ALL LEGAL DOCUMENTS MISPLACED |
| 3:96-CV-310-RV | BY DEFENDANTS AT LAKE BUTLER R.M.C. |
| CA-63-2010-CA-101 | "ON 8-2-10" |

V.   PARTIES:  In part A of this section, indicate your <u>full name</u> in the first blank and your full mailing address in the second blank.  Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A.  Name of Plaintiff: NORMAN E. CAISON, 471680

Mailing address: CROSS CITY C.I. 568 N.E. 255th STREET / D-2131-S CROSS CITY, FLORIDA 32628-1500

B.  Additional Plaintiffs: NONE

In part C of this section, indicate the <u>full name</u> of the first named Defendant.  Also, fill in his or her mailing address, position, and where he or she is employed.  For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C.  Defendant: WARDEN MELTON HICKS

Mailing Address: U.C.I. 7819 N.W. 228th STREET RAIFORD, FLORIDA 32026-4160

Position: WARDEN

Employed at: UNION C.I.

D.  Defendant: ASST. WARDEN ROBINSON, S.T.

Mailing Address: U.C.I. 7819 N.W. 228th STREET RAIFORD, FLORIDA 32026-4160

Position: ASST. WARDEN

Employed at: UNION C.I.

DC 225 (Rev. 9/03)                                    6

E.   Defendant:   LT. JOSEPH ALLEN

Mailing Address:   U.C.I. 7819 N.W. 228th STREET RAIFORD, FLORIDA 32026-4160

Position:   ADMINISTRATIVE LIEUTENANT

Employed at:   U.C.I.

F.   Defendant:   LT. TINA MORGAN

Mailing Address:   U.C.I. 7819 N.W. 228th STREET RAIFORD, FLORIDA 32026-4160

Position:   HOUSING OFFICER " LIEUTENANT "

Employed at:   U.C.I.

G.   Defendant:   SGT. JONES

Mailing Address:   U.C.I. 7819 N.W. 228th STREET RAIFORD, FLORIDA 32026-4160

Position:   INSIDE GROUNDS SERGEANT

Employed at:   U.C.I.

H.   DEFENDANT   SGT. WATTS
U.C.I. 7819 N.W. 228th STREET RAIFORD, FLORIDA 32026
PROPERTY ROOM SERGEANT AT U.C.I.

I.   DEFENDANT.   SGT. WHEELER
U.C.I. 7819 N.W. 228th STREET RAIFORD, FLORIDA 32026
COMPOUND SERGEANT
U.C.I.

J. DEFENDANT.   C.O. JAMES TYSON
U.C.I. 7819 N.W. 228th STREET RAIFORD, FLORIDA 32026
GATE ONE OFFICER
U.C.I.

VI.   **STATEMENT OF CLAIM**: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

PLAINTIFF WAS DEPRIVED OF DUE PROCESS OF LAW, AS WELL AS, MY FIRST
FIFTH, SIXTH, EIGHTH, AND FOURTEETH AMENDMENT RIGHT's WERE
VIOLATED TO BE FREE FROM RETALIATION, NEGLECT, THREATEN,
ABUSED, HARASSMENT, FEAR, AND NUTRITION. ALL DEFENDANTS
WERE ACTING UNDER COLOR OF STATE LAW IN THEIR INDIVIDUAL
CAPACITY. ALL EXHIBITS ARE ATTACHED TO ORIGINAL COMPLAINT.

VII.   **STATEMENT OF FACTS**: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. <u>Do not make any legal arguments or cite any cases or statutes.</u> State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (*i.e.*, physical injury or how you were harmed by the acts of the defendant(s)).

DEFENDANTS HICK, AND ASST, WARDEN ROBINSON, WERE FULLY AWARE
OF THE PLAINTIFFs ASSAULT ON 6-24-09, IN CONFINEMENT, HOWEVER BOTH
DEFENDANTs CONDONE, OR REFUSE TO ADDRESS, AND RESOLVE THAT
MALFEASANCE ORDERED BY LT. JOSEPH ALLEN, AND LT. TINA MORGAN,
BOTH DEFENDANT, HICK, AND ROBINSON DISCUSSED THE PLAINTIFFs ASSAULT
WHICH OCCURRED ON 6-24-09. ALSO, BEFORE THAT ASSAULT EVER OCCURRED
BOTH DEFENDANTs WERE AWARE OF THE THREAT, MADE BY DEFENDANT LT.
JOSEPH, AND LT. TINA MORGAN, HOWEVER CONDONE THE PLAINTIFFs,
SAFETY, HEALTH, AND WELL BEING. ON 1-25-09, AT 9:33 A.M. AT N-2115

Statement of Facts, continued:

THE PLAINTIFF INFORMED DEFENDANT HICKS OF THE THREATS BY LT. JOSEPH, AND LT. TINA MORGAN. THE PLAINTIFF WAS PLACED INTO CONFINEMENT FOR NUMEROUS FABRICATED D/R'S TO PRO-VOKE THE PLAINTIFF'S LIBERTY FROM PERSONAL VISITS, PHONE CALL'S CANTEEN PURCHASES, LAW LIBRARY VISITS, CHAPEL, FOODSERVICE HOT MEALS, SLEEPLESS NIGHTS, MEDICAL TREATMENTS, MENTAL ANGUISH.

DEFENDANTS, LT. ALLEN, AND LT. TINA MORGAN BOTH CONSPIRED TO RETALIATE AGAINST THE PLAINTIFF ON NUMEROUS OCCASION'S. ON 12-30-08, AT 10:50A.m. LT. ALLEN SUMMONED THE PLAINTIFF TO HIS OFFICE IN G-AREA, INFORMED THE PLAINTIFF THAT HE DOSEN'T CARE ABOUT ANY NIGGER MEDICAL ISSUES, CANTEEN, OR ANYTHING THAT CONCERNS A NIGGER. ALSO, INFORMED THE PLAINTIFF, HE WOULD KILL EVERY NIGGER ON U.C.I. COMPOUND INCLUDING THE PLAINTIFF. DEFENDANT LT. TINA MORGAN ON NUMEROUS OCCASION) INFORMED THE PLAINTIFF THAT C.m. IS WHERE I WAS HEADED, BECAUSE OF FILING GRIEVANCES ON U.C.I. ADMINISTRATION. ON 1-15-09, AT 12:10P.m. LT. TINA MORGAN INFORMED THE PLAINTIFF THAT HE WOULD NEVER WIN ANY D/R APPEAL, BECAUSE THEY RUN U.C.I. NOT THE PLAINTIFF. ALSO, IF I EVER GET ILL THEY WOULD TAKE A LUNCH BREAK BEFORE MEDICAL EVER COME TO ASSIST THE PLAINTIFF.

DEFENDANT SGT. JONES INSIDE GROUNDS ON NUMEROUS OCCASIONS WOULD THREATEN THE PLAINTIFF FOR NOT ASSAULTING OTHER INMATES BECAUSE OF THEIR CONDUCT, OR DIS-LIKE FOR THAT INMATE.

DEFENDANT SGT. JONES, CONSPIRED WITH C.O. DAVIS, LT. ALLEN, LT. TINA MORGAN, COLONEL MALLARD, C.O. JAMES TYSON, AND C.O. MCKINTYRE, TO CONTINUE PLACING THE PLAINTIFF INTO CONFINEMENT ON FABRICATED D/R's ON/8-1-08, AT 7:45 P.M. LT. KILGORE INFORMED THE PLAINTIFF THAT SGT. JONES, C.O. DAVIS, LT. ALLEN, AND C.O. MCKINTYRE ARE DRINKING BUDDIES, ALSO SGT. JONES INFORMED LT. KILGORE TO LOCK THE PLAINTIFF IN CONFINEMENT, BECAUSE THE PLAINTIFF REFUSE TO ASSAULT FOUR INMATES FOR HIM.

DEFENDANT SGT. WATTS, AND C.O. YONN, BOTH ARE PROPERTY ROOM OFFICIALS, HOWEVER EACH TIME THE PLAINTIFF WOULD BE PLACED INTO CONFINEMENT ON A FABRICATED D/R THE PLAINTIFF'S PERSONAL, AND LEGAL DOCUMENTS WOULD BE MIS-PLACED, STOLEN, OR DESTROYED BY DEFENDANTS. HOWEVER, WHEN THE PLAINTIFF WOULD SUBMIT A GRIEVANCE BOTH PROPERTY ROOM OFFICIAL WOULD THREATEN, INTIMIDATE, AS WELL AS, CONFISCATE THE PLAINTIFF'S PERSONAL, AND LEGAL DOCUMENTS. BY DURING THIS ALWAYS HINDER THE PLAINTIFF ACCESS TO THE COURTS, ACCESS TO PERSONAL PROPERTY, WHICH CAN'T BE REPLACED. SLEEPLESS, NIGHTS, MENTAL ANGUISH, VICTIMIZED, AN UN-DUE STRESS.

DEFENDANT SGT. WHEELER ON 1-20-09, FABRICATED A D/R ON THE PLAINTIFF STATING IF I'M RELEASE FROM CONFINEMENT THE PLAINTIFF WOULD KILL LT. JOSEPH ALLEN. HOWEVER, ON 1-20-09, AT 8:45 A.M. SGT. WHEELER CAME TO THE PLAINTIFFS CONFINE- MENT CELL INFORMED THE PLAINTIFF, IF THE PLAINTIFF CONTINUE TO FILE ANY GRIEVANCES ON LT. ALLEN, OR LT. TINA MORGAN "THEY" WOULD FUCK THE PLAINTIFF

UP. THE PLAINTIFF WAS GIVEN THIRTY ADDITIONAL DAYS IN CONFINEMENT FOR THAT FABRICATED D/R.

DEFENDANT JAMES TYSON, ON 3-31-09, AT 9:45 A.M. FABRICATED A D/R ON THE PLAINTIFF BECAUSE OF SGT. JONES INSIDE GROUNDS INFORMED C.O. TYSON TO LOCK THE PLAINTIFF UP FOR ANYTHING THE PLAINTIFF MIGHT DO. C.O. TYSON, INFORMED THE PLAINTIFF HIS FRIEND AT INSIDE GROUNDS WOULD BE REAL HAPPY THAT I WRITE THE PLAINTIFF A D/R. BEFORE THIS SITUATION EVER OCCURRED DEFENDANT TYSON, WOULD ALWAYS HARASS THE PLAINTIFF FOR ANYTHING ON THE DAILY BASIS. BY PLACING THE PLAINTIFF IN CONFINEMENT ON NUMEROUS OCCASIONS, ONLY DENIED THE PLAINTIFF ACCESS TO THE COURTS, UN-DUE STRESS, MENTAL ANGUISH, PERSONAL VISIT FROM FAMILY, CHAPEL VISIT, LIBRARY VISITS, HOT MEALS, PROPER MEDICAL CARE, AS WELL AS, STAFF SUPERVISSION. ON THE ORIGINAL COMPLAINT ALL DATES, TIMES, AND LOCATIONS ARE LISTED FOR EACH DEFENDANTS.

# Affidavit

Orvel Lloyd. States under penalty of Per Jury.

On middle part of June 2009. LT. Allen Called me in B-Area LT. Office Started Calling me a F.B.I. - you and that Fuck Boy Norman. I Just had his Ass Lockup Against For Filing inmate Grievance. Against me, if you Filed Another Grievance Against office George. I Put you Ass on Lockup Like I did Norman do you hear That.

I Here By Sworn the Following Statement is True and Correct To Best of my Personal Knowledge and make Oath To This Affidavit.

Orvel Lloyd

7-3-09.

VIII.   <u>RELIEF REQUESTED:</u>   State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

REQUEST JURY TRIAL, RESTORE ALL GAINTIME LOST, REMOVE ALL FABRICATED D/R'IAT u·CI, TRANSFER THE PLAINTIFF TO MIAMI FLORIDA, HAVE EACH DEFENDANT IN THEIR INDIVIDUAL CAPACITY COMPENSATE THE PLAINTIFF A SUM OF $ 150,000 EACH FOR THAT PUNITIVE DAMAGES, AS WELL AS, IRREPARABLE INJURY FOR BEING PLACED INTO CONFINEMENT BECAUSE OF RETALIATION, NEGLECT, ABUSE, HARASSMENT, FEAR OF LIFE, NUTRITION, NEPOTISM.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this ___10th___ day of ___NOVEMBER___, 2 _010_.

NORMAN E·CAISON, 471680

CROSS CITY CORRECTIONAL INSTITUTION

568 N.E·255th STREET /D-2131·S

Norman E. Caison

(Signatures of all Plaintiffs)

CROSS CITY, FLORIDA 32628-1500

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing
_Amended Complaint For 1983 Civil Rights_, has been
forwarded by surrendering to prison officials for mailing via Institutional and U.S.
Mail, First Class Postage Prepaid to: _Clerk of the Courts United States_
_District Court 300 North Hogan Street, Suite 9-150_
_Jacksonville, Florida 32202- 4271_

_____

_____

_____

_____

_____

_____ on this _10 th_ day
of _November_ , 20 _10_ .

_Norman E. Carson_,
_Norman E. 471680_
Print Name & DC#
Cross City Correctional Institution
568 N.E. 255th Street _ID- 2131-5_
Cross City, Florida 32628 - _1500_